# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# Huntington Division

**JAMES WALLACE,**

    **Plaintiff,**

v.                                       **CIVIL ACTION NO. 3:21-cv-00029**

                                                **Honorable Robert C. Chambers**

**SECURITAS SECURITY**
**SERVICES USA, INC.,**

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL
## AND MUTUAL AGREEMENT TO ARBITRATE

    It is hereby STIPULATED AND AGREED between Plaintiff James Wallace and Defendant Securitas Security Services USA, Inc. ("Securitas"), by and through their respective counsel, that this matter shall be dismissed, without prejudice, and that all claims asserted herein shall be submitted to binding arbitration in lieu of this civil action. The parties further stipulate to the following:

    1.    On or about December 13, 2020, Plaintiff filed a Complaint in the Circuit Court of Putnam County, West Virginia, asserting certain causes of action against Securitas arising from the parties' former employment relationship. Specifically, Plaintiff asserted two counts against Securitas for alleged violations of the West Virginia Human Rights Act, W. Va. Code §5-11-1, *et seq.*, for age and disability discrimination.

    2.    On or about January 12, 2021, this matter was removed to this Court by the Defendant on the basis of diversity jurisdiction.

4810-4183-9576.1

3. Prior to the filing of this action, on December 28, 2016, Plaintiff and Securitas entered into a Dispute Resolution Agreement wherein they mutually agreed to resolve any claims between them in arbitration, instead of in a court of law.

4. The Dispute Resolution Agreement to which the parties mutually agreed expressly "applies to any dispute arising out of or relating to Employee's employment with Securitas Security Services USA, Inc….or termination of employment and survives after the employment relationship terminates."

5. The parties have conferred and are in agreement that the Dispute Resolution Agreement identified herein is controlling and enforceable in this matter.

**WHEREFORE,** based upon the aforesaid, the parties hereto jointly AGREE AND STIPULATE to dismissal of this civil action, without prejudice, and for any and all further relief deemed appropriate by this Court.

| Reviewed and approved by: | Prepared by: |
|---|---|
| */s/Hoyt Glazer* <br> Hoyt Glazer, Esq. (WV Bar #6479) <br> GLAZER SAAD ANDERSON <br> 320 Ninth Street, Suite B <br> Huntington, WV  25701 <br> (304) 522-4149/(800) 879-7248 (fax) <br> hoyt@gsalaw-wv.com <br> *Counsel for Plaintiff James Wallace* | */s/Matthew A. Nelson* <br> Matthew A. Nelson (WV Bar #9421) <br> Tonya P. Shuler (WV Bar #9699) <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 707 Virginia Street, E., Suite 1400 <br> Charleston, West Virginia 25301 <br> (304) 553-0166/(304) 932-0265 (fax) <br> Matt.Nelson@lewisbrisbois.com <br> Tonya.Shuler@lewisbrisbois.com <br> *Counsel for Securitas Security Services, USA, Inc.* |